■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEREON COLLINS, Appellant. [735 NYS2d 442] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Criminal Possession Forged Instrument, 2nd Degree.) Present—Wisner, J. P., Hurlbutt, Kehoe and Burns, JJ.